IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                             CRIMINAL NO. 4:99-CR-40007
                                CIVIL NO. 4:07-CV-4079

RICHARD TIMROD DORMAN                                                                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 14, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 32). Judge Bryant's Report indicates that Richard Timrod Dorman's Petition (Doc. 27) and Supplemental Petition (Doc. 28) are time-barred under 28 U.S.C. § 2255(f). Accordingly, Judge Bryant recommends that the Court dismiss Dorman's Petition and Supplemental Petition with prejudice. Dorman has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of April, 2008.

                                                                    /s/ Harry F. Barnes
                                                                Hon. Harry F. Barnes
                                                                United States District Judge